# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| LANCE W. PETERSON, | Civil No. 09-0885 (JRT/SRN) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| COMCAST CABLE, *et al.,* | |
| Defendants. | |

_____

Lance W. Peterson, 1000 Edgerton #711, St. Paul, MN 55130, pro se plaintiff.

Julie Boehmke and Gregory Merz, **GRAY PLANT MOOTY MOOTY & BENNETT, PA**, 80 South Eighth Street, Suite 500, Minneapolis, MN 55402, for Defendant Comcast Cable.

Perry Wilson, III and Karly Baraga, **DORSEY & WHITNEY LLP**, 50 South Sixth Street, Suite 1500, Minneapolis, MN 55402, for Defendant Dorsey & Whitney, LLP and Karly Baraga.


The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated November 9, 2009 [Docket No. 26]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that the Motion to Dismiss filed by Defendants Dorsey & Whitney, LLP ("Dorsey") and Karly Baraga [Docket No. 7] is GRANTED; the Motion to Dismiss filed by Defendant Comcast Cable ("Comcast") [Docket No. 16] is GRANTED; and this action is **DISMISSED WITH PREJUDICE.**

DATED: December 2, 2009
at Minneapolis, Minnesota.

                                                s/ John R. Tunheim
                                                JOHN R. TUNHEIM
                                                United States District Judge